Concur: CULLEN, Ch. J., EDWARD T. BARTLELT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, *v.* ELIZABETH LYON, Individually and as Executrix of HENRY HART, Deceased, et al., Appellants.

*People ex rel. City of New York* v. *Lyon,* 114 App. Div. 583, affirmed.
(Argued October 3, 1906; decided October 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 23, 1906, which reversed a determination of the board of assessors of the city of New York in a proceeding to recover damages for an alleged change of grade.

*Ernest Hall* and *Thomas S. Bassford* for appellants.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

In the Matter of the Probate of the Will of SHERMAN D. PILSBURY, Deceased.

EDWIN M. PILSBURY et al., Appellants; LENA M. PILSBURY et al., Respondents.

*Matter of Pilsbury,* 113 App. Div. 893, affirmed.
(Argued October 3, 1906; decided October 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May

35

8, 1906, which affirmed a decree of the Albany County Surrogate's Court admitting to probate and construing the will of Sherman D. Pilsbury, deceased.

*James R. Bowen* for appellants.

*William E. Woollard* for Lena M. Pilsbury, respondent.

*Martin T. Nachtmann* for Jessie I. P. Foll, respondent.

Order affirmed, with costs to each respondent appearing separately by counsel and arguing or filing briefs; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ. Dissenting: CULLEN, Ch. J., and WILLARD BARTLETT, J.